UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE: : CASE NO: 10-05456-KML
: CHAPTER: 13
:
BOBBY JOE PARROTT :
FAITH LOUISE PARROTT :
    Debtors :
:

**AGREED ORDER RECONSIDERING ORDER TO DISALLOW CLAIM OF BANK OF AMERICA COURT'S CLAIM #14, DENYING TRUSTEE'S MOTION TO DISALLOW CLAIM #14, AMENDING CLAIM #14 AND PROHIBITING THE ASSESSMENT OF FEES, COSTS, OR SET-OFF**

This matter was scheduled to be heard on June 20, 2012 continued from upon the JOINT MOTION TO RECONSIDER/VACATE ORDER TO DISALLOW CLAIM OF BANK OF AMERICA COURT'S CLAIM #14 filed by the Debtors and Bank of America, N.A.

Subsequent to the filing of the Joint Motion, the proof of claim was amended or otherwise supplemented to address the ground(s) for the Trustee's Motion to Disallow. Based on the amendment and/or supplement, the Trustee, by his electronic signature below, indicates consent to the denial of his Motion to Disallow and the reconsideration of the Order Disallowing Claim #14, as well as the amendment of Claim #14 on the terms stated in this order.

ORDERED, the Order Disallowing Claim #14 is reconsidered; it is further

ORDERED, the plan and claim shall be modified to reflect the following specific provisions—

1) The name of the creditor is: Bank of America, N.A.;

2) The total amount of the secured claim as of the petition date is $6,757,91;

3) The total claim amount shall be amortized over 30 months and paid at $193.00 per month; it is further

ORDERED, that the creditor and any other servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the debtor or against the property that serves as collateral for its loan in connection with the motion resolved by this agreed order.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

_____
HENRY EDWARD HILDEBRAND, III
Chapter 13 Trustee
TN BPR No.
OFFICE OF THE CHAPTER 13 TRUSTEE
PO Box 190664
Nashville, TN 37219-0664
615-244-1101
hank13@ch13nsh.com

signatures continued on next page

/s/ Natalie Brown
Natalie Brown
Attorney for Movant
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com


/s/ Scott D. Wilson
Scott D. Wilson
Attorney for Debtors
TN BPR No. _____020339_____
405 1/2 A 31st Ave. N.
Nashville, TN 37209
(615) 297-2400
wilsonlgl@hotmail.com

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served the foregoing by depositing same in the U.S. Mail, with adequate postage affixed thereon to the said parties as follows:

BOBBY JOE PARROTT
2025 CLAY TOMLINSON RD
ERIN, TN 37061

FAITH LOUISE PARROTT
2025 CLAY TOMLINSON RD
ERIN, TN 37061

Scott D. Wilson, Esq.
405 1/2A 31ST AVENUE NORTH
NASHVILLE, TN 37209

HENRY EDWARD HILDEBRAND, III, Trustee
OFFICE OF THE CHAPTER 13 TRUSTEE
PO Box 190664
Nashville, TN 37219-0664

United States Trustee - Nashville
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203


      This 21st day of June, 2012

                                                /s/ Natalie Brown
                                                Natalie Brown
                                                TN BPR No. 022452

Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com